# Court of Appeals
# of the State of Georgia

ATLANTA, November 27, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2457. EKPOUDOM v. DISCOVER BANK.**

Appellant's brief and enumerations of error were due to this Court by August 27, 2012, and have not been filed. Accordingly, this appeal is hereby **DISMISSED** pursuant to Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/27/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*